# Eric Y. Drogin, J.D. Ph.D., ABPP

**Clinical and Forensic Psychologist**
**Attorney at Law**

**4949 Old Brownsboro Road**
**Louisville, Kentucky 40222-6424**


17 May 2026

Thomas C. Lyons, Esquire
201 West Short Street, Suite 800
Lexington, Kentucky 40507

*RE:* ***United States v. Brent Comstock***
*United States District Court*
*Eastern District of Kentucky*
*Docket Number 5:24-113-DCR*

Dear Attorney Lyons:

Thank you for your inquiry concerning Mr. Comstock's mental health condition and primary psychiatric diagnosis, in anticipation of his 01 June 2026 sentencing hearing.

Mr. Comstock was initially interviewed for this purpose on 12 February 2026, via the Microsoft Teams conferencing platform, at the Grayson County Detention Center in Leitchfield, Kentucky. Current medications included Remeron (an antidepressant) and Buspar (an anxiolytic).

Describing his relationship with the victim in this matter as "boyfriend and girlfriend," Mr. Comstock acknowledged behavior that was spurred on by "demons," but he stated that "it made her happy, so I felt like it was okay." Your client further explained that "she said she was in love with me" and that "we were talking about getting married."

Mr. Comstock was subsequently interviewed on 19 April 2026, in person, at the same location. He noted that he was still taking Remeron (an antidepressant) and Buspar (an anxiolytic). Your client endorsed the contents of a review of developmental, educational, employment, medical, marital/relationship, criminal, substance use, and mental health histories first documented in a May 2025 report from FCI Butner that similarly documented his references to "demons."

Records subsequently obtained from the Grayson County Detention Center—reflecting a period from February 2025 to April 2026—confirmed neurological abnormality, diminished capacity, disorientation, anxiety, depression, diagnostically relevant adjustment difficulties, and ongoing complaints of experiencing "demons."

Mr. Comstock meets criteria for Delusional Disorder, given in particular that his own symptom burden reflects suitably prolonged duration, is distinct from Schizophrenia (comporting with your client's affective treatment focus), and is manifested in terms of an "erotomanic type," identified in the latter instance by the delusion that another person is in love with the patient.

This primary diagnosis is treatable. The optimal approach would involve a combination of antipsychotic medication and cognitive-behavioral therapy (CBT). Given that Mr. Comstock is not subject to intellectual developmental disability, he presents as an appropriate candidate for this form of psychotherapeutic intervention. During every encounter, your client denied any feelings, plans, or intent to harm either himself or anyone else.

It should also be noted that in the course of a parallel investigation related to sanity, extended inquiry into the potential for a Malingering resulted in a finding of "Genuine Responding" on the basis of the comprehensive *Structured Interview of Reported Symptoms* (Second Edition), without any definite or even probable elevations for feigned mental illness. This further bodes well for genuine investment—and thus success—in psychiatric treatment.

Please contact me at your convenience if you have any additional questions, if supplemental records become available for review, or if follow-up assessment appears warranted.

Sincerely,

Eric Y. Drogin, J.D., Ph.D., ABPP
Licensed Clinical Psychologist