**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**
**Criminal Minutes-Sentencing**

**Case No. 5:24-CR-113-DLB-MAS** **at COVINGTON** **09/16/2026**

**U.S. vs. BRENT ROBERT COMSTOCK** **X** Present **X** Custody

PRESENT: **HON. DAVID L. BUNNING, CHIEF JUDGE**

**Tiffany Barton**
Deputy Clerk

**Lisa Wiesman**
Court Reporter

**Mary Lauren Melton**
Assistant U.S. Attorney

**Thomas C. Lyons**
Attorney for Defendant **X** Present **X** Appointed

---

The Court adopts the Presentence Report, including the guideline calculations, prepared by the United States Probation Office as its findings. The United States' oral motion for the three-level reduction for acceptance of responsibility pursuant to USSG § 3E1.1 is hereby **granted.** The United States' oral motion to dismiss Counts 1-5 and 7-8 of the Indictment is hereby **granted.**

---

**X** No objections to the Presentence Report.

**X** Court's Advice of Right to Appeal shall be filed in the record.

**X** Judgment shall be entered (See Judgment and Commitment).

**X** Defendant found to be indigent for purposes of court-appointed counsel on appeal.

**X** Defendant remanded to the U.S. Marshal Service pending the designation by the Bureau of Prisons.

cc: USA,USPO,USM,COR

Initials of Deputy Clerk: ***TBB***

| | | |
|---|---|---|
| TIC | 1 hr. | 52 mins. |