# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

**UNITED STATES OF AMERICA**

**V.**

**Brent Robert Comstock**

**EXHIBIT AND WITNESS LIST**

Case Number: **5:24-cr-113-DLB-MAS**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **David L. Bunning, Chief Judge** | **Mary Lauren Melton** | **Thomas C. Lyons** |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| **09/16/2026 Sentencing Hearing** | **Lisa Wiesman** | **Tiffany Barton** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | W1 | 9/16/2026 | | | Eric Drogin, Clinical and Forensic Psychologist |
| | 1 | 9/16/2026 | X | X | Grayson County Medical Records *SEALED* no objection |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*** Include a notation as to the location of any exhibit not held with the case file or not available because of size.**